**EXHIBIT B**

Law Offices of

**Robert Hamparyan**



4747 Executive Drive, Suite 700
San Diego, California 92121
tel 858.737.3049
fax 858.737.3066
robert@hamparyanlawfirm.com

*Sent via Facsimile & U.S. Mail*

Thursday, January 29, 2015

Ms. Eryka Rozelle
*USAA Insurance*
P.O. Box 33490
San Antonio, TX 78265

    *Re:*  *Our Clients:*  *Paul & Nancy Deutz*
          *Your Insureds:*  *Paul & Nancy Deutz*
          *Date of Loss:*  *December 24, 2014*
          *Your Claim No.:*  *002169939-8*

Dear Ms. Rozelle:

Please be advised that our office has been retained to represent the interests of Mr. Paul Deutz and Mrs. Nancy Deutz relating to personal injuries they sustained in a motor vehicle incident caused by a third party on the above referenced date. Enclosed find an Attorney Designation forms signed by our clients. From this point forward, if you have any questions or concerns regarding the incident or the status of our clients/your insureds, please contact our office. We will be happy to assist you.

Please promptly provide us with any and all written statements, written reports, police reports, recorded statements, transcripts, repair bills, repair estimates, photographs relating to the scene, damages or injuries, and/or any other reports/photographs regarding this incident. Also, we ask that you please promptly provide our office with a copy of our client's insurance declarations page showing the applicable coverages on the above-referenced date. We need to open up Med Pay and UM/UIM claims (if the coverages are available).

Thank you for your prompt attention to this matter. Should you have any questions, please feel free to contact our office at (858) 737-3033.

Sincerely,

Robert Hamparyan
Attorney at Law

*Enclosures: Attorney Designation Form*

cc: file

Law Offices of
**Robert Hamparyan**



4747 Executive Drive, Suite 700
San Diego, California 92121
tel 858.737.3049
fax 858.737.3066
robert@hamparyanlawfirm.com

## DESIGNATION OF THE LAW OFFICES OF ROBERT HAMPARYAN TO REPRESENT CLIENT

I, _Paul L. Deutzin_ hereby designate the Law Offices of Robert Hamparyan to represent me for any and all damages and claims, including but not limited to personal injury damages, arising out of an incident occurring on _Decmember 24, 2014_.

This designation is intended to give notice to any person, organization, business entity of any kind, and any insurance company, irrespective of who is the named insured, that the Law Offices of Robert Hamparyan is representing my interests in respect to the subject incident of _December 24, 2014_.

Date: 1/7/15          By: _____
                          Client

Law Offices of
**Robert Hamparyan**



4747 Executive Drive, Suite 700
San Diego, California 92121
tel 858.737.3049
fax 858.737.3066
robert@hamparyanlawfirm.com

## DESIGNATION OF THE LAW OFFICES OF ROBERT HAMPARYAN TO REPRESENT NANCY DEUTZ

I, Nancy Deutz, hereby designate the Law Offices of Robert Hamparyan to represent me for any and all damages and claims, including but not limited to personal injury damages, arising out of an incident occurring on 12/24/14.

This designation is intended to give notice to any person, organization, business entity of any kind, and any insurance company, irrespective of who is the named insured, that the Law Offices of Robert Hamparyan is representing my interests in respect to the subject incident of 12/24/14.

Date: January 20, 2015

By: _____
Nancy Deutz

Law Offices of

# Robert Hamparyan



4747 Executive Drive, Suite 700
San Diego, California 92121
tel 858.737.3049
fax 858.737.3066
robert@hamparyanlawfirm.com

| | | |
|---|---|---|
| DATE | 01/29/15 | TOTAL NUMBER OF PAGES 4 |

TO      Ms. Eryka Rozelle
          USAA Insurance
          Claim No.: 002169939-8

FAX NO.    (800) 531-8669

FROM     LAW OFFICES OF GEORGE R. KINDLEY
           4747 EXECUTIVE DRIVE • SUITE 700
           SAN DIEGO • CALIFORNIA • 92121

           P 858.737.3033 • F 858.737.3096

MESSAGE    Please see attached correspondence of this date.

ORIGINAL    ☒ WILL FOLLOW BY MAIL        ❑ WILL NOT FOLLOW BY MAIL

IF YOU FAIL TO RECEIVE THIS FAX IN ITS ENTIRETY, PLEASE CONTACT OUR OFFICE AT 858.737.3033

### CONFIDENTIALITY NOTE

THE DOCUMENTS ACCOMPANYING THIS FAX TRANSMISSION CONTAIN INFORMATION FROM THE SENDER THAT IS INTENDED TO BE CONFIDENTIAL AND PRIVILEDGED. THE INFORMATION IS INTENDED TO BE SOLELY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMITTAL SHEET. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY OUR OFFICE BY TELEPHONE IMMEDIATELY SO THAT WE CAN RETRIEVE THE DOCUMENTS AT NO COST TO YOU. THE UNAUTHORIZED DISCLOSURE, COPYING, DISTRIBUTION, OR THE USE OF ITS CONTENTS IS STRICTLY PROHIBITED.

```
01/29/2015 16:10 FAX  858 737 3101        MFTB                                    ☑001
```

```
                        ************************
                    ***      TX REPORT      ***
                        ************************
```
                                                                        Faxed

TRANSMISSION OK                                                        JAN 29 2015

TX/RX NO              4521
RECIPIENT ADDRESS     918005318669p999001                              Initial_____
DESTINATION ID
ST. TIME              01/29 16:10
TIME USE              00'46
PAGES SENT            4
RESULT                OK

# Law Offices of
# Robert Hamparyan



4747 Executive Drive, Suite 700
San Diego, California 92121
tel 858.737.3049
fax 858.737.3066
robert@hamparyanlawfirm.com

DATE         01/29/15                                      TOTAL NUMBER OF PAGES 4

TO           Ms. Eryka Rozelle
             USAA Insurance
             Claim No.: 002169939-8

FAX NO.      (800) 531-8669

FROM         LAW OFFICES OF GEORGE R. KINDLEY
             4747 EXECUTIVE DRIVE • SUITE 700
             SAN DIEGO • CALIFORNIA • 92121
             P 858.737.3033 • F 858.737.3096

MESSAGE      Please see attached correspondence of this date.