**EXHIBIT C**



9800 Fredericksburg Road
San Antonio, TX 78288

01326.1QVR3.JSS995488465.06.01.237

ROBERT HAMPARYAN
LAW OFICES OF ROBERT HAMPARYAN
4747 EXECUTIVE DR
STE 700
SAN DIEGO CA 92121-3107

January 30, 2015

Reference: Acknowledgement of Representation

Dear Robert Hamparyan,

We received your letter of representation dated January 29, 2015 regarding this claim:

| | |
|---|---|
| **Your client:** | Paul L Deutz |
| **Policyholder:** | Nancy Busse-Deutz |
| **Claim #:** | 002169939 - 8 |
| **Date of loss:** | December 24, 2014 |
| **Loss location:** | Rancho Santa Fe, California |

We also need to receive these forms, completed and signed:

- Authorization for Disclosure of Medical Information to USAA

We will promptly review bills for payment once they are submitted. We partner with a company called Auto Injury Solutions (AIS) to audit bills and ensure they are reasonable, necessary, and related to the accident. If anything additional is needed to address the bill, we request it directly from the providers using your Medical Authorization. You will receive a duplicate copy of all requests and Explanation of Reimbursement (EOR) sent to the providers for your own personal records. Ill follow-up with you every 30-45 days to check on your progress and answer questions you have. If you have questions before then please send a post on claims communication center.

All bills should include the following information: Patients Name - Name of the facility where treatment was rendered along with a physical address - Mailing address for the facility if different from the physical address - ICD-9 Diagnoses Codes - CPT Procedure Codes - Taxpayer Identification Number (TIN) - Name of the Doctor/Professional that rendered the treatment to the patient. Medical records, Evaluation reports, Treatment notes, and Medical bills should be mailed or faxed to: USAA Medical Mail PO Box 5000 Daphne, AL 36526 Fax: 888-272-1255 Include your claim number, on all correspondence.

Include the reference number 002169939-8 on all correspondence and mail it to:

Auto Injury Solutions
Attn: USAA Medical Mail Dept.
P.O. Box 5000
Daphne, AL 36526
Fax: 1-888-272-1255

If you have questions, please call 800-531-8722 ext. 26157.

Sincerely,

*Bethany M. Bellizzi*

Bethany M Bellizzi
1st Party Center of Excellence
USAA Casualty Insurance Company
P.O. Box 5000
DAPHNE, AL 36526
Phone: 800-531-8722 ext. 26157
Fax: 1-888-272-1255

Enc: List Of Providers/Employers - MAP044F
     Important Notice - MA011F
     Medical Authorization - MA059

# LIST OF PROVIDERS/EMPLOYERS

**USAA®**
USAA Casualty
Insurance Company

| Member Name | USAA Number | L/R Number | Date of Loss |
|---|---|---|---|
| Nancy Busse-Deutz | 002169939 | 8 | 12-24-2014 |

INJURED PERSON: **Paul L Deutz**

**PLEASE LIST BELOW THE NAMES AND ADDRESSES OF ANY TREATING PROVIDERS /EMPLOYERS:**

NAME OF PROVIDER : _____

ADDRESS : _____

CITY, STATE, ZIP : _____

PHONE NUMBER : _____

FAX NUMBER : _____

DESCRIBE TYPE OF TREATMENT BEING PROVIDED: _____

NAME OF PROVIDER : _____

ADDRESS : _____

CITY, STATE, ZIP : _____

PHONE NUMBER : _____

FAX NUMBER : _____

DESCRIBE TYPE OF TREATMENT BEING PROVIDED: _____

NAME OF EMPLOYER : _____

ADDRESS : _____

CITY, STATE, ZIP : _____

PHONE NUMBER : _____

FAX NUMBER : _____

GIVE OCCUPATION AND DATES OF EMPLOYMENT : _____

*USE BACK OF FORM FOR ANY ADDITIONAL INFORMATION.

PLEASE RETURN THIS FORM WITH YOUR SIGNED MEDICAL AND/OR WAGE AUTHORIZATION OR PERSONALINJURYPROTECTIONAPPLICATIONFORMS.

MAP044-0806         Page 1of 1         52775-0806
                                                                      CA - 7101

Case 3:16-cv-02096-LAB-RNB Document 5-3 Filed 09/09/16 PageID.166 Page 5 of 7



**USAA Casualty Insurance Company**

| Member Name | USAA Number | L/R Number | Date of Loss |
|---|---|---|---|
| Nancy Busse-Deutz | 002169939 | 8 | 12-24-2014 |

# IMPORTANT NOTICE!

The language of the USAA auto policy and applicable state statutes determine the benefits available to you under your medical coverage. If you have questions, please refer to the auto policy for details of your medical coverage. To request a copy of the auto policy, please contact your claim representative.

The continuing increase in the cost of health care has a direct impact on the premiums paid by USAA's insureds. USAA receives more than 600,000 health care bills each year. While the majority of these bills are proper and appropriate, some contain billing errors or excessive charges. Many other bills are duplicates. Regrettably, some bills are simply fraudulent. In order to ensure that USAA pays only those medical bills that are appropriate, USAA utilizes an independent third party contractor, Auto Injury Solutions, to provide a medical bill auditing tool to assist USAA in reviewing health care providers services and charges to ensure billing accuracy, to avoid duplication of payment, to
identify treatment that is reasonable, necessary and appropriate for accident related injuries and to evaluate the reimbursement amount. USAA uses this analysis in determining whether the services rendered and fees charged are covered by the provisions of the policy and applicable state laws.

USAA remains committed to providing the best possible service at the most affordable price. Please be advised that your health care provider may provide services not covered by the auto policy or charge more for services than the amount covered by the policy. Some providers will expect you to pay the balance of the bill not paid by USAA. We suggest you discuss with your health care providers their payment expectations for non-reimbursable services or costs.

Please have your health care providers send their invoices for your care directly to USAA either electronically or by regular mail. It is important that the USAA claim number, date of accident, your name, your address, your date of birth, the physical address where the treatment occurred, the provider's Tax ID number, and ICD-9-CM codes and CPT codes for each date of service appear on each medical bill we receive. Therefore, please provide each of your health care providers with this information and request that your providers submit, with each invoice, the above information and their treatment and/or office notes for each date of service.

Should you receive any invoices from your health care providers, please forward them to USAA with the above information.



**USAA Casualty Insurance Company**

**AUTHORIZATION FOR DISCLOSURE OF MEDICAL INFORMATION TO USAA**

| Member Name | USAA Number | L/R Number | Date of Loss |
|---|---|---|---|
| Nancy Busse-Deutz | 002169939 | 8 | 12-24-2014 |

We are not HIPAA covered entities. Your disclosure of information to us is not subject to the Minimum Necessary standard.

**Patient: Paul L Deutz**

**I HEREBY GRANT PERMISSION TO, AND AUTHORIZE THE USE OR DISCLOSURE OF, THE ABOVE NAMED INDIVIDUAL'S RECORDS.**

I authorize the following persons and organizations (a) any licensed physician, surgeon, or dentist; (b) any psychiatrist or psychologist; (c) any other medical practitioner or nurse; (d) any hospital, clinic, health care facility or rehabilitation/convalescent/ custodial facility; (e) ambulance owner; (f) any insurance company (the "Provider") to provide information (as defined below) to  USAA-CIC  and/or their retrieval service ABI/VIP.

I, the Undersigned, as the patient, or in my capacity as personal representative of the patient,  Paul L Deutz , understand the information obtained by this Authorization will be used by  USAA-CIC  and its authorized representatives, performing business or legal services, its affiliated insurance companies, and its authorized representatives, performing business or legal services for the purpose of verification, evaluation, and negotiation of any claim for benefits or services, arising from the above-identified date of loss, and any other pertinent claim handling or legal uses in connection to such claims, or as  USAA-CIC  Otherwise determines is necessary to underwrite insurance.

For purposes of this Authorization, "Information" means all records or knowledge concerning the patient's health, any injuries, medical history, mental and physical conditions, before and after the date of this Authorization, regardless of the time of occurrence. The term "records" includes, but is not limited to, written or graphic documentation, including notes, billing records or statements, sound recordings,

CALIFORNIA Statutes, Section 1871.2(a) states: "For your protection California law requires the following to appear on this form. Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison."

**THIS IS NOT A RELEASE OF CLAIM FOR DAMAGES.**

_____     _____
**Signature of Patient or Personal Representative**              Date

_____
**Patient's Date of Birth / Social Security Number**

_____
**Description of Personal Representative's Authority**

**(Reminder: Please return this entire form, including the signature page.)**