DANIELS, FINE, ISRAEL,
SCHONBUCH & LEBOVITS, LLP
1801 CENTURY PARK EAST, NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (310) 556-7900
FACSIMILE (310) 556-2807
Maureen M. Michail, SBN 185097

Attorneys for Defendant USAA
CASUALTY INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DEUTZ, an individual; and NANCY DEUTZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, INC., a corporation; AUTO INJURY SOLUTIONS, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 16-cv-2096-LAB (DHB)<br><br>Judge: Hon. Larry Alan Burns<br>Dept. 14A<br><br>JOINT MOTION TO DISMISS WITH PREJUDICE DUE TO GLOBAL SETTLEMENT |

Plaintiffs PAUL DEUTZ and NANCY DEUTZ, Defendant USAA CASUALTY INSURANCE COMPANY, INC., and Defendant AUTO INJURY SOLUTIONS, INC. by and through their undersigned counsel, file this Joint Motion to Dismiss the Entire Action with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a) and in support thereof state:

1. The parties have reached a global settlement of all issues raised in this action;
2. Dismissal of this action with prejudice is appropriate pursuant to

1

Federal Rule of Civil Procedure 41(a)

3. The parties do NOT request that the Court retain jurisdiction.

WHEREFORE, all parties agree that an order dismissing this case with prejudice is appropriate and respectfully request that the Court enter such Order.

Date: March 9, 2018

Respectfully submitted,

DANIELS, FINE, ISRAEL,
SCHONBUCH & LEBOVITS, LLP

By: _____
Maureen M. Michail
Attorneys For Defendant USAA CASUALTY
INSURANCE COMPANY

Date: March 9, 2018

Respectfully submitted,

LAW OFFICES OF ROBERT HAMPARYAN

By: _____
Robert Hamparyan
Attorneys for Plaintiffs PAUL DEUTZ and NANCY
DEUTZ

Date: March 9, 2018

Respectfully submitted,

THE KINDLEY FIRM, APC

By: _____
George R. Kindley
Henry Harmeling
Attorneys for Plaintiffs PAUL DEUTZ and NANCY
DEUTZ

Date: March 9, 2018

Respectfully submitted,

GORDON & REES LLP

By: _____
John B. Fraher
Attorneys for Defendant AUTO INJURY SOLUTIONS, INC.

## PROOF OF SERVICE

State of California       )
County of Los Angeles  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1801 Century Park East, Ninth Floor, Los Angeles, California 90067. On March 12, 2018, I served the within document(s):

### JOINT MOTION TO DISMISS WITH PREJUDICE DUE TO GLOBAL SETTLEMENT

by placing a true copy thereof in sealed envelopes as stated on the attached mailing list.

[ ]   **BY FACSIMILE TRANSMISSION** I transmitted said document(s) via facsimile machine pursuant to C.R.C. rule 2.306 to fax number FACSIMILE NUMBER. The facsimile machine I used complied with rule 2.306 and no error was reported by the machine. Pursuant to rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

[XXX]   **BY MAIL** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice a true copy would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY PERSONAL SERVICE** I caused personal delivery by ATTORNEY SERVICE of said document(s) to the offices of the addressee(s) as set forth on the attached mailing list.

[ ]   **BY OVERNIGHT DELIVERY SERVICE** I caused such envelope to be deposited with an overnight delivery service (Overnite Express/Federal Express) for delivery the next court day, or at most, within two court days of the above date.

[ ]   **BY E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed on the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[XXX]   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 12, 2018, at Los Angeles, California.

_____
Gwendolyn Crawford

## SERVICE LIST

Robert Hamparyan, Esq.
Law Offices of Robert Hamparyan
275 West Market Street
San Diego, California 92101
Tel.: (619) 550-1355
Email:

George R. Kindly, Esq.
Henry Harmeling, Esq.
The Kindley Firm, APC
275 West Market Street
San Diego, California 92101
Tel.: (619) 550-1313
Email:
***Attorneys for Plaintiffs PAUL DEUTZ and NANCY DEUTZ***

Craig J. Mariam, Esq.
John B. Fraher, Esq.
Gordon & Rees LLP
101 W. Broadway
Suite 2000
San Diego, California 92101
Tel.: (619) 696-6700
Email:  cmariam@gordonrees.com
            jfraher@gordonrees.com
***Attorneys for Defendant AUTO INJURY SOLUTIONS, INC.***

1693.609