UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DEUTZ, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 16cv2096-LAB (DHB)<br><br>**ORDER OF DISMISSAL** |

　　The joint motion to dismiss (Docket no. 21) is **GRANTED.** Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**. All pending requests are **DENIED AS MOOT** and all pending dates are **VACATED**.

　　**IT IS SO ORDERED**.

Dated: March 9, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Larry Alan Burns
　　　　　　　　　　　　　　　　　　United States District Judge